UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KEENAN

George Weintraub & Sons, Inc.
**Plaintiff**

-v-

Fiesto Distributors, Inc
**and**

**Defendant**

Case No. 07 CIV 7995

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for George Weintraub & Sons, Inc. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

RECEIVED
SEP 12 2007
U.S.D.C. S.D.N.Y
CASHIERS

Date: 9/12/07

Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf