# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** George Weintraub + Sons, Inc. | **COURT CASE NUMBER** 07 Civ 7995 |
| **DEFENDANT** Fiesta Distributors, Inc | **TYPE OF PROCESS** Summons + Petition |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Fiesta Distributors, Inc

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

c/o Secretary of State Citations Unit
1019 Brazos Street Room 214 Rudder Building Austin, Texas 78701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lawrence Fechner, Esq.
Jaffe, Ross + Light LLP
880 Third Avenue
New York, New York 10022

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Respondent is no longer located at its business address in El Paso. A Texas corporation can be served by serving the Secretary of State. Serve two (2) copies of the Summons and Petition. The fee to the Secretary of State is $55.00.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 212-751-1700  DATE: 10/4/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 80 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Yessenia Vasquez, Receptionist Citations Unit

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/16/07  Time: 11:50 am/pm

Signature of U.S. Marshal or Deputy: Yolanda Pedro

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | | | |

REMARKS:

07-7995-1

FORM USM-285 (Rev. 12/15/80)

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**

# United States District Court

SOUTHERN _____ DISTRICT OF New York

George Weintraub Sons, Inc.

V.

Fiesta Distributors, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 Civ 7995

JUDGE KEENAN

TO: (Name and address of defendant)

Fiesta Distributors, Inc
221 N Kansas
Suite 1700
El Paso, Texas 77901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joffe, Ross & Light LLP
880 Third Avenue
NY, NY 10022

an answer to the ~~complaint~~ petition which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

SEP 12 2007

DATE

(BY) DEPUTY CLERK