# JAFFE, ROSS & LIGHT LLP
ATTORNEYS & COUNSELLORS AT LAW

880 THIRD AVENUE   NEW YORK, NEW YORK 10022   (212) 751-1700   FACSIMILE (212) 751-2235

**MEMO ENDORSED**



November 26, 2007

VIA FACSIMILE
Honorable John F. Keenan
United State District Court
U.S. Courthouse
500 Pearl Street – Room 1930
New York, NY 10007-1312

    Re:   George Weintraub & Sons, Inc. v. Fiesta Distributors, Inc.
         Case No: 07 CIV 7995

Honorable Sir:

    My firm represents the Petitioner, George Weintraub & Sons, Inc. in the above matter which is a petition to confirm an arbitration award.

    A pre-trial conference is currently scheduled for November 30, 2007 at 9:45 a.m.

    Service was completed on the Respondent by serving the Secretary of State of Texas on October 16, 2007. The Respondent's answer was due on November 5, 2007.

    As of today no answer has been interposed and no contact has been made by either the debtor or any attorney on its behalf.

    I do not believe any purpose would be served by appearing on Friday for a pre-trial conference.

    I respectfully request that the same be cancelled and the matter proceed based upon the default.

Respectfully yours,

Lawrence Fechner

LF:yvo

132098-1

> The conference is adjourned until January 3, 2008 at 10:15 a.m. Petitioner is referred to the procedures for applying for a default judgment set forth in Local Civil Rule 55.2 *as well as my individual Rules. (JFK)*
> SO ORDERED.
> Dated:   New York, N.Y.
>          November 27, 2007
>
> John F. Keenan
> U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-07