UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE WEINTRAUB & SONS, INC.,

                              Petitioner,       **REQUEST TO ENTER DEFAULT**

    -against-

                                                07-CV-7995(JFK)

FIESTA DISTRIBUTORS, INC.,

                              Respondent.

------------------------------------------------------------------X

TO:    J. MICHAEL McMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter default of Respondent, FIESTA DISTRIBUTORS, INC., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached Affidavit of Lawrence Fechner.

Dated: New York, New York
       December 7, 2007

                                                JAFFE, ROSS & LIGHT LLP
                                               Attorneys for Petitioner

                                               By:    /s/ Lawrence Fechner
                                                      Lawrence Fechner (LF2635)
                                                      880 Third Avenue – 15th Floor
                                                      New York, New York 10022
                                                      (212) 751-1700

132264v1