UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE WEINTRAUB & SONS, INC.,

                                  Petitioner,        **DEFAULT JUDGMENT**

        -against-                                07-CV-7995(JFK)

FIESTA DISTRIBUTORS, INC.,

                                  Respondent.
-----------------------------------------------------------------X

       This action having been commenced on September 12, 2007 by the filing of the Summons and Petition, and a copy of the Summons and Petition having been personally served on the Respondent, Fiesta Distributors, Inc., on October 16, 2007, by service on the Secretary of State of Texas, and a proof of service having been filed on November 2, 2007 and the Respondent not having answered the Petition, and the time for answering the Petition having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the Petitioner have judgment against Respondent in the liquidated amount of $628,513.13 with interest on $605,853.00 at 9% from April 1, 2007 through January 3, 2008 amounting to $41,380.53 plus costs and disbursements of this action in the amount of $658.00 amounting in all to $670,555.66.

Dated: New York, New York
       January 3, 2008

                                                  John F. Keenan
                                                  U.S.D.J.

                                               This document was entered on the docket on
                                             _____.

132354-2